The State *v.* Taylor.—In error.

Monday,
July 20.

AN indictment cannot be objected to because one of the grand jurors who found it was an alien. See R. S. 1843, p. 951.